UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

EDWIN P. NEAL, JR., on his own behalf
and on behalf of those similarly situated,

**Plaintiff,**                              CASE NO.:

**vs.**

SARASOTA HOME CARE SERVICES,
INC. & PHIL VAN BRANDT,

**Defendants.**

_____/

## COMPLAINT & DEMAND FOR JURY TRIAL

1.  Plaintiff, EDWIN P. NEAL, JR., on his own behalf and on behalf of those similarly situated ("Plaintiff"), was an employee of Defendants, SARASOTA HOME CARE SERVICES, INC. & PHIL VAN BRANDT (collectively "Defendants"), and brings this action for unpaid overtime compensation, declaratory relief and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) (the "FLSA"). Plaintiff was maintenance worker and performed related activities for Defendants in Sarasota County, Florida.

2.  Defendant, SARASOTA HOME CARE SERVICES, INC. is a Florida corporation that operates and conducts business in, among others, Sarasota County, Florida, and is therefore, within the jurisdiction of this Court.

3.  Defendant, PHIL VAN BRANDT, is a manger who acted with direct control over the work, pay, and job duties of Plaintiffs.

4. This action is brought under the FLSA to recover from Defendants overtime compensation, liquidated damages, and reasonable attorneys' fees and costs. This action is intended to include each and every maintenance worker who worked for the Defendant at any time within the past three (3) years.

5. This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §1337 and the FLSA.

6. At all material times relevant to this action, Defendant was an enterprise covered by the FLSA, and as defined by 29 U.S.C. § 203(r) and 203 (s).

7. At all times relevant to this action, Defendants failed to comply with 29 U.S.C. §§ 201-209, because Plaintiff, and those similarly situated to him, performed services for Defendants for which no provisions were made by Defendants to properly pay Plaintiff, and those similarly situated to him, for those hours worked in excess of forty within a work week.

8. During their employment with Defendants, Plaintiff, and those similarly situated to him, were not paid time and one-half their regular rate of pay for all hours worked in excess of forty (40) per work week during one or more work weeks.

9. Upon information and belief, the records, to the extent any exist, concerning the number of hours worked and amounts paid to Plaintiff and other similarly situated to him, are in the possession and custody of Defendants.

## COUNT I - RECOVERY OF OVERTIME COMPENSATION

10. Plaintiff reincorporates and readopts all allegations contained within Paragraphs 1-9 above.

11. Plaintiff, and those similarly situated to him, are/were entitled to be paid time and one-half their regular rate of pay for each hour worked in excess of forty (40) per work week. During

their employment with Defendants, Plaintiff, and those similarly situated to him, regularly worked overtime hours but were not paid time and one half compensation for same.

12.   As a result of Defendants' intentional, willful, and unlawful acts in refusing to pay Plaintiff, and those similarly situated to him, time and one half their regular rate of pay for each hour worked in excess of forty (40) per work week in one or more work weeks, Plaintiff, and those similarly situated to him, have suffered damages plus incurring reasonable attorneys' fees and costs.

13.   As a result of Defendants' willful violation of the FLSA, Plaintiff, and those similarly situated to him, are entitled to liquidated damages.

14.   Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff, and all other similarly situated employees, demand judgment against Defendants for the payment of all overtime hours at one and one-half the regular rate of pay for the hours worked by them for which Defendants did not properly compensate them, liquidated damages, reasonable attorneys' fees and costs incurred in this action, and any and all further relief that this Court determines to be just and appropriate.

Dated this 17th day of January, 2008.

Carlos Leach,
FBN 0540021
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:    (407) 420-1414
Facsimile:    (407) 425-8171
Email: cleach@forthepeople.com
Attorneys for Plaintiff