UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWIN P. NEAL, JR., on his own
behalf and on the behalf of
those similarly situated,

    Plaintiff,

v.                                              CASE NO.:8:08-cv-00158-JSM-TGW

SARASOTA HOME CARE
SERVICES,. INC. and PHIL VAN
BRANDT,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

COMES NOW the parties to this matter, by and through their undersigned counsel, and pursuant to this Court's Order of March 18, 2008 hereby notify the Court that the Joint Stipulation for Dismissal with Prejudice (dkt #9), was not the result of any financial settlement but rather was agreed to on the basis that the Defendants were not subject to the jurisdictional requirements under the Fair Labor Standards Act.  The parties amicably reached a resolution that a Stipulation of Dismissal with Prejudice would be filed to dismiss this action and that each party would bear its own attorney's fees and costs in this matter.

| | |
|---|---|
| /s/ Carlos V. Leach | /s/ David S. Preston |
| Carlos V. Leach | David S. Preston, Esquire |
| Morgan & Morgan, P.A. | Dickinson & Gibbons, P.A. |
| Post Office Box 4979 | 401 N. Cattlemen Road, Ste. 300 |
| Orlando, FL 32802-4979 | Sarasota, Fl   34232 |
| (407) 420-1414 | (941) 366-4680 |
| Fla. Bar No. 0540021 | Fla Bar No.: 0023973 |
| cleach@forthepeople.com | dpreston@dglawyers.com |
| Attorney for Plaintiff | Attorney for Defendants |
| Dated:  March 20, 2008 | Dated:  March 20, 2008 |