**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**EDWIN P. NEAL, JR.,**

    **Plaintiff,**

v.                                            CASE NO: 8:08-cv-158-T-30TGW

**SARASOTA HOME CARE SERVICES,
INC., et al.,**

    **Defendants.**
_____/

**ORDER OF DISMISSAL**

Before the Court is the Stipulation for Voluntary Dismissal With Prejudice (Dkt. #9) and Notice of Settlement (Dkt. #11). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation for Voluntary Dismissal With Prejudice (Dkt. #9) is GRANTED.
2. This cause is dismissed with prejudice, each party to bear its own attorney's fees and costs.
3. All pending motions are denied as moot.
4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 21, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2008\08-cv-158.dismissal 11.wpd*